RACHEL E. KAUFMAN (Cal. Bar No. 259353)
KAUFMAN P.A.
237 South Dixie Highway, 4th Floor
Coral Gables, FL 33133
Telephone: (305) 469-5881
rachel@kaufmanpa.com

*Counsel for Plaintiff and the putative Class*

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMARA MILLER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LEADPOINT, INC., a Delaware corporation,<br><br>Defendant. | Case No. 2:22-cv-02411-PA-GJS<br><br>**NOTICE OF DISMISSAL** |

Plaintiff Tamara Miller hereby notifies the Court of the dismissal of this action with prejudice as to Plaintiff's individual claims and without prejudice as to any other member of the putative class's right to bring claims, with each party to bear its own attorneys' fees and costs.

Respectfully Submitted,

Dated: June 15, 2022        By: */s/ Rachel E. Kaufman*
　　　　　　　　　　　　　　　Rachel E. Kaufman (Cal Bar No. 259353)
　　　　　　　　　　　　　　　rachel@kaufmanpa.com
　　　　　　　　　　　　　　　KAUFMAN P.A.
　　　　　　　　　　　　　　　237 South Dixie Highway, 4th Floor

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Coral Gables, FL 33133
Telephone: (305) 469-5881
*Attorney for Plaintiff and the putative Class*

2